UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Stephen E. Dawson )
)
)  Case No.: 3:07cv1166
v. )  Judge Haynes
)
Banner Life Insurance Company, et al. )
)

ENTRY OF JUDGMENT


        Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the
Federal Rules of Civil Procedure on December 29, 2010.



                                        KEITH THROCKMORTON, CLERK
                                        s/ Robbie Dail, Deputy Clerk